ORIGINAL

J. H. McQuiston, Pro Se
6212 Yucca St.
Los Angeles, CA 90028-5223
323-464-6792

FILED 2011 OCT 17 AM 3:05 CLERK, U.S. DISTRICT COURT CENTRAL DIST. LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| J H. McQuiston, Plaintiff<br>v.<br>City of Los Angeles, A.Villaraigosa,<br>M.C. Fields, Shaun Butler,<br>R. Weitzer, L. K.Wyatt,<br>E. P. Reyes, and P. Krekorian,<br>Defendants | CASE NUMBER<br>CV11-05149-DSF (MRW)<br><br>AMENDED PROOF OF SERVICE SUMMONS AND COMPLAINT |
|---|---|

McQUISTON ASSOCIATES
6212 YUCCA ST.
LOS ANGELES, CA 90028
323.464.6792
TEL:
ATTORNEY FOR:

11-99991
00954630-07

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| McQUISTON | Plaintiff(s) | CV11-05149-DSF (MRW) |
| v. | | PROOF OF SERVICE SUMMONS AND COMPLAINT |
| CITY OF LOS ANGELES | Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
SUMMONS & COMPLAINT;

2. **Person served:**
   a. [X] Defendant *(name)*: MARGARET C. FIELDS, PROPERTY OWNER
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:
   c. [X] Address where papers were served: 3114 OAKHURST AVE.
      LOS ANGELES, CA 90034

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure    CCP 415.10

4. **I served** the person named in Item 2:
   a. [X] **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: October 9, 2011    at *(time)*: 12:25 pm
   b. [ ] **By Substituted service.** By leaving copies:
      1. [ ] **(home)** at the place of dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where copies were left in Item 2(c).
      5. [ ] **papers were mailed on** *(date)*: _____
      6. [ ] **Due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

GO: 11

CV-1 (04/01)
11017/ DPY COPD

PROOF OF SERVICE-SUMMONS AND COMPLAINT

PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership) or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office to the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the person at the place where copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)*, copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ Other (specify code and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ By delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   R. LUSTIG
   **ALSSI**
   American Legal Support Services, Inc.
   7724 Owensmouth Ave., #106
   Canoga Park, Ca 91303
   (818) 763-6931

   a. Fee for service: $   70.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 9, 2011**

*(Signature)*

---

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

J.H. McQuiston, Pro Se
6212 Yucca St.,
Los Angeles, CA 90028-5223
323-464-6792

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| J.H. McQuiston | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-05149-DSF(MRW) |
| v. | |
| City of Los Angeles, (see attachment) | SUMMONS |
| DEFENDANT(S) | |

TO: DEFENDANT(S): MARGARET C. FIELDS

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, J.H. McQuiston, whose address is 6212 Yucca St., Los Angeles, CA 90028-5223. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUN 20 2011

By: ANDRES [illegible]
Deputy Clerk

(Seal of the Court)

1202

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07) SUMMONS