J. H. McQuiston, Pro Se
6212 Yucca St.
Los Angeles, CA 90028-5223
323-464-6792

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| J.H. McQuiston, Plaintiff<br>v.<br>City of Los Angeles, A.Villaraigosa,<br>M.C. Fields, Shaun Butler,<br>R. Weitzer, L. K. Wyatt,<br>E. P. Reyes, and P. Krekorian,<br>Defendants | **CASE NUMBER**<br>**CV11-05149-DSF (MRW)**<br><br>**AMENDED PROOF OF SERVICE SUMMONS AND COMPLAINT** |
|---|---|



FILED
2011 OCT 18 PM 3:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

McQUISTON ASSOCIATES
6212 YUCCA ST.
LOS ANGELES, CA 90028
323.464.6792
TEL: 323-464-6792
ATTORNEY FOR: PRO SE

11-99991
00954630-08

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| McQUISTON | Plaintiff(s) | CV11-05149-DSF (MRW) |
| v. | | |
| CITY OF LOS ANGELES | | PROOF OF SERVICE SUMMONS AND COMPLAINT (Use separate proof of service for each person/party served) |
| | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
SUMMONS & COMPLAINT;

2. Person served:
   a. ☒ Defendant *(name)*: SHAUN BUTLER, PROPERTY LESSEE
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: JOHN DOE (REFUSED NAME), CO-OCCUPANT
      DESCRIPTION: WHITE MALE, 40'S, 5'10", 200 LBS. HAIR BROWN, EYES BROWN
   c. ☒ Address where papers were served: 3932 LEWIS AVE.
      LONG BEACH, CA 90807

3. Manner of Service in compliance with *(the appropriate box must be checked)*:
   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure   CCP 415.20

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*: _____ at*(time)*: _____
   b. ☒ By Substituted service. By leaving copies:
      1. ☒ (home) at the place of dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date)*: October 14, 2011   at*(time)*: 08:16 pm
      4. ☒ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where copies were left in Item 2(c).
      5. ☒ papers were mailed on *(date)*: October 17, 2011
      6. ☒ due diligence. I made at least three (3) attempts to personally serve the defendant.

00954630-08

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership) or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office to the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the person at the place where copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)*, copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ Other (specify code and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

a. ☐ By delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: (date): _____ at(time): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

E. CORTEZ

ALSSI
American Legal Support Services, Inc.
7124 Owensmouth Ave., #106
Canoga Park, Ca 91303
(818) 763-8931

a. Fee for service: $ 70.00
b. ☐ Not a registered California process server
c. ☐ Exempt from registration under B&P 22350(b)
d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 17, 2011

_____
(Signature)

---

PROOF OF SERVICE-SUMMONS AND COMPLAINT

CV-1 (04/01)
GO: 11
11018/ DCB

PAGE 2
00954630-08

# CERTIFICATE of SERVICE BY MAIL

I hereby certify that I am over the age of 18, am a resident of Los Angeles California, and am not a party to the below action.

On September 28, 2011, I deposited in the United States Post Office mail, with first-class postage prepaid, packages containing the following documents associated with Case No. CV11-05149-DSF (MRW):

    **Summons**
    **Notice of Reference to a United States Magistrate Judge**
    **Certification and Notice of Interested Parties**
    **Civil Cover Sheet**
    **Complaint for Injunctive and Declaratory Relief and for Damages**
    **Certificate of Service**

Each of the above packages was addressed to a Defendant in the above Case:

| | | |
|---|---|---|
| **City of Los Angeles**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** | **Mr Ed P. Reyes**<br>**Room 410, City Hall**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** | **Mr Paul Krekorian**<br>**Room 425, City Hall**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** |
| **Mr Antonio Villaraigosa**<br>**Room 303, City Hall**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** | **Ms Renee Weitzer**<br>**Room 480, City Hall**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** | **Ms Linn Wyatt**<br>**Room 763, City Hall**<br>**200 North Spring St**<br>**Los Angeles, CA 90012** |
| **Ms Margaret C. Fields**<br>**3114 Oakhurst Avenue**<br>**Los Angeles, CA 90034** | **Mr Shaun Butler**<br>**Community Investment Holdings**<br>**3932 Lewis Avenue**<br>**Long Beach, CA 90807** | |

I certify under penalty of perjury that the foregoing is true and correct.
Dated at Los Angeles, California, this 28th day of September, 2011.

                                                 /s/ Dorothy T. McQuiston

                                                 Dorothy T. McQuiston
                                                 6212 Yucca St, Los Angeles CA



J.H. McQuiston, Pro Se
6212 Yucca St.
Los Angeles, CA 90028-5223
323-464-6792

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| J.H. McQuiston | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-05149-DSF(MRW) |
| v. | |
| City of Los Angeles, (see attachment) | SUMMONS |
| DEFENDANT(S) | |

TO: DEFENDANT(S): SHAUN BUTLER

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, J.H. McQuiston, whose address is 6212 Yucca St., Los Angeles, CA 90028-5223. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUN 20 2011

By: ANDRES _____
Deputy Clerk

(Seal of the Court)

1202

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                    SUMMONS