1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. H. MCQUISTON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No.: CV 11-5149-DSF-MRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHAUN BUTLER'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO F.R.C.P. 12(b)(6)** |

    GOOD CAUSE HAVING BEEN SHOWN, for the reasons stated in Defendant Shaun Butler's Motion to Dismiss Complaint for Failure to State a Claim Pursuant to F.R.C.P. 12(b)(6), such motion is hereby granted.

    IT IS FURTHER ORDERED _____

_____

_____

Dated: _____, 2011

                                                                    Honorable Michael R. Wilner