```
LAW OFFICES OF NOEL WEISS
NOEL WEISS (SBN 073105)
Email: noelweiss@ca.rr.com
13700 Marina Pointe Drive, #922
Marina del Rey, California 90292
Telephone: (310) 822-0239
Facsimile:  (310) 822-7028
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H. McQUISTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, a Charter City; ANTONIO VILLARAIGOSA, Mayor; MARGARET C. FIELDS, Property Owner; OCCIDENTAL ENTERTAINMENT GROUP HOLDINGS, a California Corporation, Property Lessee & Sublessor; COMMUNITY INVESTMENT HOLDINGS. INC. a California Corporation, Property Sublessee, dba 'THE ZONE'; SHAUN BUTLER, an Individual; RENEE WEITZER, City Employee; LINN K. WYATT, City Employee; ED P. REYES, City Councilmember; PAUL KREKORIAN, City Councilmember<br><br>    Defendants. | CASE NO. CV11-05149-DSF(MRW)<br><br>STIPULATION TO FILE SECOND AMENDED COMPLAINT |

1  WHEREAS, Plaintiff J.H. McQuiston filed his complaint in this matter *in
2  pro per*, on June 20, 2011; and
3  WHEREAS, Plaintiff McQuiston filed a First Amended Complaint *in pro
4  per* on November 17, 2011, (the deadline to file without leave of court) pending
5  the Court's approval of a substitution of plaintiff's counsel, and
6  WHEREAS, the First Amended Complaint as filed has grammatical errors
7  which need to be corrected, coupled with the fact that confusion has arisen due to
8  administrative errors in the service of the First Amended Complaint; and
9  WHEREAS, the proposed Second Amended Complaint proposes to correct
10 all grammatical errors and clarify plaintiff's contentions; and
11 WHEREAS, the administration of this case is enhanced and simplified so
12 the parties and the Court can work off of a 'clean' complaint; and
13 WHEREAS, counsel for all appearing parties consent to the filing of the
14 Second Amended Complaint attached to this Stipulation for this purpose, and
15 Counsel for Defendant Community Investment Holdings, Inc., who is also counsel
16 for defendant Shaun Butler, is willing to accept service; and
17 WHEREAS, counsel for defendant Occidental Entertainment Group
18 Holdings, Inc., who is also counsel for defendant Margaret Fields, has agreed to
19 accept service of the Second Amended Complaint on behalf of defendant
20 Occidental Entertainment Group Holdings, Inc.;
21
22
23
24
25
26
27
28

THEREFORE, the parties stipulate to the filing of the Second Amended Complaint attached hereto.

IT IS SO STIPULATED:

LAW OFFICES OF NOEL WEISS

December 8, 2011

_____
NOEL WEISS
Counsel for Plaintiff J.H McQUISTON

OFFICE OF LOS ANGELES CITY ATTORNEY

December __, 2011

_____
CHARLES SEWELL
Counsel for Defendants
CITY OF LOS ANGELES & THE INDIVIDUAL CITY DEFENDANTS

MIRMAN, BUBMAN & NAHMIAS

December 8, 2011

_____
ALAN M. MIRMAN
Counsel for Defendants
MARGARET FIELDS & OCCIDENTAL ENTERTAINMENT GROUP HOLDINGS, INC.

1  THEREFORE, the parties stipulate to the filing of the Second Amended
2  Complaint attached hereto.

3
4  IT IS SO STIPULATED:
5                                          LAW OFFICES OF NOEL WEISS
6
7  December __, 2011                       _____
8                                          NOEL WEISS
                                           Counsel for Plaintiff J.H
9                                          McQUISTON

10                                         OFFICE OF LOS ANGELES
11                                         CITY ATTORNEY
12
13 December 8, 2011                        _____
14                                         CHARLES SEWELL
                                           Counsel for Defendants
15                                         CITY OF LOS ANGELES & THE
16                                         INDIVIDUAL CITY DEFENDANTS

17
                                           MIRMAN, BUBMAN & NAHMIAS
18
19
20 December __, 2011                       _____
21                                         ALAN M. MIRMAN
                                           Counsel for Defendants
22                                         MARGARET FIELDS & OCCIDENTAL
                                           ENTERTAINMENT GROUP
23                                         HOLDINGS, INC.
24
25
26
27
28

                                 3        Case No. CV11-05149-DSF(MSW)
                                          Stipulation to File Second Amended
                                          Complaint

| | |
|---|---|
| | LAW OFFICE OF DARIN MARGULES, a Professional Law Corp. |
| December 8, 2011 | *[signature]*<br>DARIN MARGULES<br>Counsel for Defendants **SHAUN BUTLER & COMMUNITY INVESTMENT HOLDINGS, INC.** |

**LAW OFFICES OF NOEL WEISS**

4        Case No. CV11-05149-DSF(MSW)
Stipulation to File Second Amended Complaint