UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-5149 DSF (MRWx) | Date | 1/4/12 |
|---|---|---|---|
| Title | J. H. McQuiston v. City of Los Angeles, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Filing of Second Amended Complaint and DENYING as Moot Defendants' Motions to Dismiss (Docket Nos. 20, 21)

Defendants Shaun Butler and Margaret C. Fields brought motions to dismiss Plaintiff's complaint. (Docket No. 20, 21.) The parties subsequently filed a stipulation to amend the complaint, to which they attached Plaintiff's Second Amended Complaint (SAC). (Docket No. 31.) On December 21, 2011, the Court approved the stipulation and ordered the SAC filed. (Docket No. 33.)

"Any proposed amended pleading must be electronically filed as a document separate from a related motion or stipulation." Local Rule 15-1. Furthermore, amended pleadings must be filed as paper documents. See Local Rule 15-4. Plaintiff has failed to file the SAC either in paper form or electronically as a document separate from the stipulation. Plaintiff is ordered to do so before January 11, 2012. In light of the filing of the SAC, Defendants' motions to dismiss are DENIED as moot.

IT IS SO ORDERED.